# Exhibit A

(Produced in native format by way of a flash drive sent to Chambers. Please refer to the Certification of Jerry R. DeSiderato, Esq. in Support of the City Defendants' Motion to Dismiss for further clarification.)