IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOLLY E. FEREBEE,** *for herself and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> **NYCOLE MACKLIN, et al.,** <br><br> Defendants. | CIVIL ACTION <br><br> NO. 22-1155-KSM |

## ORDER

**AND NOW**, this 3rd day of June, 2022, upon consideration of Plaintiff's Motion to Remand to State Court (Doc. No. 11) and Defendants' response (Doc. No. 14), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion to Remand (Doc. No. 11) is **DENIED**.

In addition, following a status conference with the parties and in light of Plaintiff's filing an Amended Complaint (Doc. No. 15), it is **ORDERED** that Defendants' Motions to Dismiss (Doc. Nos. 8, 9) are **DENIED as moot**.

**IT IS SO ORDERED.**

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.