IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOLLY E. FEREBEE,** *for herself and others similarly situated*,<br><br>    Plaintiff,<br><br>    v.<br><br>**NYCOLE MACKLIN, et al.,**<br><br>    Defendants. | CIVIL ACTION<br><br>NO. 22-1155-KSM |

# ORDER

**AND NOW**, this 4th day of November, 2022, upon consideration of Defendants' Motions to Dismiss (Doc. Nos. 22, 23), Plaintiffs' response (Doc. No. 24) and Defendants' reply (Doc. No. 25), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Defendants' Motions to Dismiss (Doc. Nos. 22, 23) are **GRANTED in part and DENIED in part**.  It is further **ORDERED** as follows:

1. The claims against the Individual Defendants and the § 1983 Fourth Amendment claim are **DISMISSED, with prejudice**.

2. The § 1983 due process claim is **DISMISSED** against the City only, for failure to allege *Monell* liability, **without prejudice.**

3. Both Defendants' motions to dismiss the declaratory judgment claim are **DENIED**.

**IT IS SO ORDERED.**

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.