IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOLLY E. FEREBEE** | CIVIL ACTION |
| v. | |
| **NYCOLE MACKLIN** | NO.: 22-cv-1155 |

## O R D E R

**AND NOW**, this 2nd day of **FEBRUARY, 2023**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned is reassigned from the calendar of the Honorable Karen S. Marston to the calendar of the Honorable Kelley Brisbon Hodge for further proceedings.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

/s/GEORGE WYLESOL_____
GEORGE WYLESOL
Clerk of Court