UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DOLLY E. FEREBEE,**

    Plaintiff,

v.,

**NYCOLE MACKLIN,** et al.,

    Defendants.

Civil Action No. 22-1155-KBH

## Order

The court grant's Dolly Ferebee's motion to file a sur-reply brief in opposition to the City of Philadelphia's motion to dismiss count II of plaintiff's third amended complaint. The Clerk's office is directed to docket plaintiff's sur-reply brief that is attached to plaintiff's motion as Exhibit "A."

BY THE COURT:

/s/ Hon. Kelley B. Hodge
KELLEY B. HODGE, J.

Dated: January 16, 2024

1