# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOLLY E. FEREBEE,** for herself and others similarly situated, | No. 22-1155-KSM |
| Plaintiffs, | |
| v., | |
| **NYCOLE MACKLIN; SCOTT A. PETRI, II; DENNIS G. WELDON, JR; PHILADELPHIA PARKING AUTHORITY; MICHAEL GIUNTA; CITY OF PHILADELPHIA; JOHN DOE NO. 1; JOHN DOE NO. 2, & OMIKA BARNES** | |
| Defendants. | |

## Stipulation and Order for dismissal

Pursuant to Rule 41.1(b) of the Local Rules of the Eastern District of Pennsylvania, which is incorporated herein by reference, it is hereby stipulated and agreed by and among Plaintiff Dolly E. Ferebee and Defendant the City of Philadelphia that the above-captioned matter is dismissed with prejudice and without costs pursuant to a settlement agreement between the parties. The court retains jurisdiction for 90 days to enforce performance under the parties' settlement.

SO ORDERED.

BY THE COURT,

/s/ Hon. Kelley B. Hodge
Honorable Kelly B. Hodge, J.

Date: July 31, 2024

#124277244v2

Respectfully submitted by:

/s/ Robert F. Salvin
Robert F. Salvin, Esq.
Philadelphia Consumer Law
Two Bala Plaza, Suite 300
Bala Cynwyd, PA 19004
Phone: 215-300-2388
*Attorney for Plaintiff, Dolly E. Ferebee*

/s/ Jerry R. DeSiderato
Jerry R. DeSiderato, Esq. (PA Id. No. 201097)
Jenna M. Coyle, Esq. (PA Id. No. 322416)
**DILWORTH PAXSON LLP**
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
jdesiderato@dilworthlaw.com
jcoyle@dilworthlaw.com
*Counsel for Michael Giunta, Omika Barnes, and the City of Philadelphia*

#124277244v2